IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INEZ TITO LUGO,

      Plaintiff,                       No. CIV S-05-0901 DFL GGH P

      vs.

M. PEREZ, Commissioner and
Chairman of Board of Prison
Terms and Parole, et al.,

      Defendants.

_____ /      ORDER

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

      Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $ 7.36 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

1

1  Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the
2  preceding month's income credited to plaintiff's prison trust account. These payments will be
3  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
4  account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
5         The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
6  and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a
7  reasonable opportunity to prevail on the merits of this action.
8         In accordance with the above, IT IS HEREBY ORDERED that:
9         1. Plaintiff's request for leave to proceed in forma pauperis is granted.
10        2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.
11 Plaintiff is assessed an initial partial filing fee of $ 7.36. All fees shall be collected and paid in
12 accordance with this court's order to the Director of the California Department of Corrections
13 filed concurrently herewith.
14        3. Service is appropriate for the following defendants: M. Perez, A.
15 Schwarzenegger.
16        4. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one
17 summons, an instruction sheet and a copy of the complaint filed May 9, 2005.
18        5. Within thirty days from the date of this order, plaintiff shall complete the
19 attached Notice of Submission of Documents and submit the following documents to the court:
20            a. The completed Notice of Submission of Documents;
21            b. One completed summons;
22            c. One completed USM-285 form for each defendant listed in number 3
23            above; and
24            d. Three (3) copies of the endorsed complaint filed May 9, 2005.
25        6. Plaintiff need not attempt service on defendants and need not request waiver of
26 service. Upon receipt of the above-described documents, the court will direct the United States

1  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
2  without payment of costs.
3  DATED:   8/24/05

                                                      /s/ Gregory G. Hollows
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
lugo0901.1

3

1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  INEZ TITO LUGO,

11          Plaintiff,                No. CIV S-05-0901 DFL GGH P

12      vs.

13  M. PEREZ, Commissioner and
    Chairman of Board of Prison
14  Terms and Parole, et al.,         NOTICE OF SUBMISSION

15          Defendants.               OF DOCUMENTS
                                   /
16

17       Plaintiff hereby submits the following documents in compliance with the court's

18  order filed _____:

19       __1__      completed summons form

20       __2__      completed USM-285 forms

21       __3__      copies of the __May 9, 2005__

22                              Complaint

23  DATED:

24

25                                       _____
                                         Plaintiff
26