IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ TITO LUGO, | |
| Plaintiff, | No. CIV S-05-0901 DFL GGH P |
| vs. | |
| M. PEREZ, Commissioner and Chairman of Board of Prison Terms and Parole, et al., | |
| Defendants. | ORDER |

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

      Accordingly, the Clerk of Court shall close this case.

DATED: 10/13/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
lugo0901.59